UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL D. ST. DENIS and wife, ) <br> SANDRA G. ST. DENIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KENNETH M. SEATON, ) <br> FAMILY INNS OF AMERICA, INC., ) <br> FAMILY INNS OF AMERICA FRANCHISING, ) <br> INC., KMS ENTERPRISES, INC., ) <br> COCA-COLA ENTERPRISES INC., and ) <br> ABC CORPORATION, INC., ) <br> (an unknown corporation), ) <br> ) <br> Defendants. ) | No. 3:03-CV-324 <br> (GUYTON) |

## **MEMORANDUM AND ORDER**

This matter came before the Court on June 21, 2005, for consideration of the Defendant Coca-Cola Enterprises Inc.'s Motion For Modification to Scheduling Order [Doc. 60]. Upon agreement of all parties, and for good cause shown, the Court **GRANTS** the said Motion [Doc. 60] and hereby modifies the Scheduling Order [Doc. 48] as follows:

1. On or before **August 12, 2005**, Coca-cola Enterprises, Inc. will depose expert witnesses for plaintiffs and for the Seaton defendants;

2. On or before **August 26, 2005**, Coca-Cola Enterprises, Inc. will file its Reply to the plaintiff's Response to the Motion for Summary Judgment; and

3. On **September 16, 2005 at 10:00 a.m.** the Court will hear oral argument on the Motion for Summary Judgment [Doc. 25].

**IT IS SO ORDERED.**

              **ENTER:**

                s/ H. Bruce Guyton
               United States Magistrate Judge